May 12, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

BERNARDO TORRES, JR., Appellant

NO. 14-14-00007-CR            V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the record of the court below. The record reveals error in the judgment. We therefore order that the judgment be **REVERSED**, the indictment be **DISMISSED**, the appellant be **ACQUITTED**, and this decision be certified below for observance.